UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 08-64473
                                                Chapter 7
JORDAN W. MIRCH,                                Hon. Phillip J. Shefferly

        Debtor.

---

RDI of Michigan, LLC, a Michigan
limited liability company,

        Plaintiff,
                                                Adv. Pro. No. 09-04060
vs.

JORDAN MIRCH,

        Defendant.

---

### PLAINTIFF, RDI OF MICHIGAN, LLC'S <u>CORRECTED</u> MOTION FOR ENTRY OF CONSENT JUDGMENT

NOW COMES the Plaintiff, RDI OF MICHIGAN, LLC, by and through its attorneys, Poling, McGaw & Poling, P.C., and for its Corrected Motion for Entry of Consent Judgment, states as follows:

1.    That trial commenced in this adversary proceeding on December 8, 2010.

2.    That following opening statements and testimony of two (2) witnesses presented by Plaintiff, the parties settled, and the settlement was placed on the record and approved by this Honorable Court.

3.    That the parties are at an impasse as to the language in the Consent Judgment, despite numerous conversations and emails between counsel.

4.    That attached hereto as Exhibit 1 is Plaintiff's proposed Consent Judgment,

which Plaintiff asks this Honorable Court to enter because it accurately reflects the parties' settlement as placed on the record and approved by the Court on December 8, 2010.

5. That Plaintiff has ordered the transcript of the settlement record but has not received same as of the date of filing this Motion.

WHEREFORE, the Plaintiff, RDI OF MICHIGAN, LLC, requests that this Honorable Court enter the Consent Judgment attached hereto as Exhibit 1.

Respectfully submitted,

Poling, McGaw & Poling, P.C.

/s/Richard B. Poling, Jr. P25312
Shannon M. Soliven (P57295)
Counsel for Plaintiffs RDI of Michigan, LLC
5455 Corporate Drive, Suite 104
Troy, MI 48098
(248) 641-0500
rpolingjr@aol.com

Dated: December 20, 2010

EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:
**JORDAN MIRCH,**

    Debtor.

CASE NO. 08-64473
CHAPTER 7
HON. PHILLIP J. SHEFFERLY

                                                             /

**RDI OF MICHIGAN, LLC a Michigan
limited liability company, and Universal
Video, Inc., a Michigan corporation,**

    Plaintiffs,

Adv. Proc. No. 09-04060

-vs-

**JORDAN MIRCH,**

    Defendant.

                                                             /

### CONSENT JUDGMENT

At a session of said Court held in the
City of Detroit and State of Michigan
On _____

Present: Hon. Phillip J. Shefferly
              U.S. Bankruptcy Court Judge

This adversary proceeding having come before the Court for a Final Pretrial Conference and Trial on December 8, 2010; and Trial having commenced, but not concluded because the parties agreed to settle the case on compromised terms; and said settlement being placed on the record in open court by counsel for both parties; and the Court finding that the settlement is fair and reasonable; and the Court approving the settlement; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that a Consent Judgment of Non-Dischargeability is hereby entered against Defendant Jordan Mirch under 11 U.S.C § 523 in favor of Plaintiff RDI of Michigan, LLC, only, in the total amount of $307,347.61, said amount includes interest and attorneys' fees through December 8, 2010.

IT IS FURTHER ORDERED AND ADJUDGED that, except for the non-dischargeable sum of $307,347.61 above, Plaintiff RDI of Michigan LLC's Amended Complaint is dismissed with prejudice and without costs or attorney fees to either party.

_____
U.S. BANKRUPTCY COURT JUDGE

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re: RDI of Michigan, LLC v Jordan Mirch

Chapter: __7__

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Case No.: __09-04060__

**Debtor(s)** Jordan Mirch

Judge: __Phillip Shefferly__

Address 5101 Chase Ave., Downers Grove, IL 60515-4012.

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): _____

### NOTICE OF MOTION FOR ENTRY OF CONSENT JUDGMENT

RDI of Michigan, LLChas filed papers with the court to <u>enter Consent Judgment.</u>

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to enter the Consent Judgment, or if you want the court to consider your views on the motion, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 W. Fort Street, Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Richard Poling, Jr., Esq., 5455 Corporate Dr., Suite 104, Troy, MI 48098

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 12/20/10

Signature
Name: Richard B. Poling, Jr. P25312
Address: 5455 Corporate Drive, #104, Troy, MI 48098

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

**EXHIBIT 3**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 08-64473
 Chapter 7
JORDAN W. MIRCH,  Hon. Phillip J. Shefferly

 Debtor.

RDI of Michigan, LLC, a Michigan
limited liability company,

 Plaintiff,

 Adv. Pro. No. 09-04060
vs.

JORDAN MIRCH,

 Defendant.

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

This Brief in Support is submitted by Richard B. Poling, Jr., counsel for Plaintiff RDI of Michigan, LLC ("RDIM"), and relies upon the filings in this case, as well as the applicable local court rule(s), as follows:

*Applicable Local Court Rule*

L.B.R. 9019-1 provides that the parties and counsel shall submit a proposed order within 14 days of placing a settlement on the record. In this case, the parties placed the settlement in the adversary proceeding on the record on December 8, 2010, within the 14 days required by local court rule. Unfortunately and despite several conversations and emails between counsel, the parties and counsel have reached an impasse as to the language in the Judgment (Exhibit 1) and this Motion is

necessary. Plaintiff has ordered the transcript of the settlement but has not received same as of the date of filing this Motion.

WHEREFORE, the Plaintiff, RDI OF MICHIGAN, LLC, requests that this Honorable Court enter the Consent Judgment attached hereto as Exhibit 1.

>Respectfully submitted,
>
>Poling, McGaw & Poling, P.C.
>
>/s/Richard B. Poling, Jr.  P25312
>Shannon M. Soliven (P57295)
>Counsel for Plaintiffs RDI of Michigan, LLC
>5455 Corporate Drive, Suite 104
>Troy, MI 48098
>(248) 641-0500
>rpolingjr@aol.com

Dated: December 20, 2010

EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 08-64473 |
| | Chapter 7 |
| JORDAN W. MIRCH, | Hon. Phillip J. Shefferly |
| Debtor. | |

RDI of Michigan, LLC, a Michigan
limited liability company,

Plaintiff,

Adv. Pro. No. 09-04060

vs.

JORDAN MIRCH,

Defendant.

### CERTIFICATE OF SERVICE

I CERTIFY that on December 20, 2010, I caused the foregoing document, to be filed with the Clerk of the Court via the ECF system, which will provide electronic notification of the filing to

counsel for Jordan Mirch, Kenneth Beams, via his email, which is kennethbeams@gmail.com.

                              BY:/S/ RICHARD B. POLING, JR.
                              RICHARD B. POLING, JR. P25312

Dated: December 20, 2010

**EXHIBIT 5**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 08-64473 |
| | Chapter 7 |
| JORDAN W. MIRCH, | Hon. Phillip J. Shefferly |
| Debtor. | |

RDI of Michigan, LLC, a Michigan limited liability company, and Universal Video, Inc., a Michigan corporation

Plaintiffs,

Adv. Pro. No. 09-04060

vs.

JORDAN MIRCH,

Defendant.

**AFFIDAVIT OF SHANNON M. SOLIVEN**

STATE OF MICHIGAN     )
COUNTY OF OAKLAND  )

I, Shannon M. Soliven, being duly sworn on my oath, state that I am over 18 years of age, I have personal knowledge of the facts set forth in this Affidavit, I am competent to testify to these matters, and if called as a witness, I would testify to the following facts:

1. I am counsel for the Plaintiff in this matter.

2. I have communicated with Defendant Mirch's counsel, Kenneth Beams, regarding the proposed Order attached as Exhibit 1 to this Motion.

3. The parties and counsel cannot agree on the language to be placed in the Judgment in this adversary proceeding and therefore this Motion is necessary.

Further Affiant Sayeth Not.

Shannon M. Soliven, Affiant

_____
Shannon M. Soliven

Acknowledged before me in Oakland County, Michigan, on December 20, 2010 by Shannon M. Soliven.

_____
Laura Petrucci
Notary Public
Oakland County, MI
My Comm. Expires: 1-31-2011
Acting in Oakland County