UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:  Chapter 7

Jordan Mirch,  Case No. 08-64473

    Debtor.  Hon. Phillip J. Shefferly
_____/

RDI of Michigan, LLC,  Adversary Proceeding No. 09-04060-PJS

    Plaintiff,

v.

Jordan Mirch,

    Defendant.
_____/

### CONSENT JUDGMENT

This adversary proceeding having come before the Court for a final pretrial conference and trial on December 8, 2010; and trial having commenced but not concluded because the parties settled the matter as set forth in this consent judgment; and the terms of the settlement having been placed on the record in open court by counsel for both parties; and the Court finding that the settlement is fair and reasonable; and the Court approving the settlement; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED** that Judgment of Non-Dischargeability is hereby entered against Defendant, Jordan Mirch, and in favor of Plaintiff, RDI of Michigan, LLC, in the total amount of $307,347.61, which includes the total of the Opinion and order entered by the Honorable Lawrence P. Zatkoff in the United States District Court for the Eastern District of

Michigan in case no. 08-11177 against Jordan Mirch, as well as includes interest, attorney fees and costs. This Judgment is a non-dischargeable debt for all purposes under the United States Bankruptcy Code and federal and state law.

**IT IS FURTHER ORDERED AND ADJUDGED** that except for the non-dischargeable Judgment set forth above, the amended complaint for claims arising from the Matter of Jordan W. Mirch, being case no. 08-64473 in this Court, is dismissed with prejudice and without costs or attorney fees to either party.

```
Signed on January 12, 2011
```
                                        /s/ Phillip J. Shefferly
```
                               Phillip J. Shefferly
                               United States Bankruptcy Judge
```